PAMELA S. HOLLIS
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

In re:                                §
                                      §
BROWN, WINIFRED                       §    Case No. 11-24426
                                      §
         Debtor(s)                    §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
         CLERK OF THE BANKRUPTCY COURT
         219 SOUTH DEARBORN STREET, ROOM 713
         CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 02/21/2012 in Courtroom 644,
         United States Courthouse
         219 South Dearborn Street
         Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/23/2012           By: Clerk of the Bankruptcy Court
                                           Clerk of the Bankruptcy Court


*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
 §
BROWN, WINIFRED § Case No. 11-24426
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 85,001.36 |
| and approved disbursements of | $ | 7,602.40 |
| leaving a balance on hand of[1] | $ | 77,398.96 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: PHILIP V. MARTINO | $ 7,122.57 | $ 0.00 | $ 7,122.57 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 14,259.50 | $ 0.00 | $ 14,259.50 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ 170.85 | $ 0.00 | $ 170.85 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 21,552.92 |
| Remaining Balance | $ 55,846.04 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 126,338.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 44.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC | $ 12,148.57 | $ 0.00 | $ 5,370.10 |
| 000002 | Law Offices of Randall F. Pace | $ 20,000.00 | $ 0.00 | $ 8,840.72 |
| 000004 | City of Evanston | $ 60.00 | $ 0.00 | $ 26.52 |
| 000005 | Capital One Bank (USA), N.A. | $ 471.66 | $ 0.00 | $ 208.49 |
| 000006 | S.C. Department of Revenue | $ 93,658.00 | $ 0.00 | $ 41,400.21 |
| | Total to be paid to timely general unsecured creditors | | | $ 55,846.04 |
| | Remaining Balance | | | $ 0.00 |

     Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

     Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 64,756.50  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 00006B | S.C. Department of Revenue | $ 64,756.50 | $ 0.00 | $ 0.00 |

     Total to be paid to subordinated unsecured creditors     $ 0.00

     Remaining Balance     $ 0.00

     Prepared By: /s/Philip V. Martino
     Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 11-24426-PSH
Winifred Brown Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: lhatch           Page 1 of 3           Date Rcvd: Jan 23, 2012
                      Form ID: pdf006       Total Noticed: 71

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2012.

```
db           +Winifred Brown,    1426 Hinman Ave,    Evanston, IL 60201-4702
17391323     +Animal Control Specialists, Inc.,    2975 N. Milwaukee Ave,    Northbrook, IL 60062-7117
17391324     +Arthur Ellis, Attorney at Law,    2149 W. Roscoe,    Chicago, IL 60618-6240
17391325     +BMW Finance,    Bankruptcy Department,    PO Box 3608,    Dublin, OH 43016-0306
17391326     +BMW Financial Services,    c/o First Source Advantage, LLC,    PO Box 628,    Buffalo, NY 14240-0628
17391327    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Bankruptcy Dept.,    PO Box 5155,    Norcross, GA 30091)
17934092      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC 28272-1083
17391329     +Chalet Nursery/Garden Shop,    3132 Lake Ave,    Wilmette, IL 60091-1184
17391330     +Chalet Nursery/Gardent Shop,    c/o Diversified Services Group,    5800 East Thomas Road, Ste 107,
               Scottsdale, AZ 85251-7510
17391331     +Cisco, Inc.,    1702 Townhurst Drive,    Houston, TX 77043-2811
17391332     +Citi,    Attn: Bankruptcy Department,    PO Box 6241,    Sioux Falls, SD 57117-6241
17391333     +Citi,    P.O. Box 6500,    c/o Citi Corp,    Sioux Falls, SD 57117-6500
17391334     +City of Chicago,    Dept. of Revenue,    PO Box 88292,    Chicago, IL 60680-1292
17391335      City of Chicago Dept of Revenue,    c/o Linebarger Goggan Blair & Samps,    PO Box 06152,
               Chicago, IL 60606-0152
17391336      City of Evanston,    c/o Municipal Services Bureau,    PO Box 16755,    Austin, TX 78761-6755
17391337      City of Evanston,    c/o Professional Account Management,    PO Box 391,    Milwaukee, WI 53201-0391
17391338      City of Highland Park,    1717 St. Johns Avenue,    Highland Park, IL 60035
17391339     +Comcast,    c/o Stellarrec,    1845 Highway 93 South,    Kalispell, MT 59901-5721
17391340      Comcast,    PO Box 3002,    Southeastern, PA 19398-3002
17391341      Cook County Treasurer's Office,    Legal Department,    118 North Clark Street, Room 112,
               Chicago, IL 60602-1332
17391342     +Countrywide Home Loans,    c/o Stack & Filpi,    140 S. Dearborn,    Chicago, IL 60603-5202
17391343     +Credit Management Control,    PO Box 1654,    Green Bay, WI 54305-1654
17391344     +Credit Protection Association,    13355 Noel Rd.,    Dallas, TX 75240-6837
17391345      Crystal Clear Pool Service,    991 Harvard Court,    Highland Park, IL 60035-2377
17391346     +Euler Hermes,    600 South 7th Street,    Louisville, KY 40203-1968
17391322    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: 5/3 Bank,    5050 Kingsley Drive MD  1MOC2G,    Cincinnati, OH 45263)
17391347      Fifth Third Bank,    Bankruptcy Department,    MD#RSCB3E,    Grand Rapids, MI 49546
17391350     +First Premier Bank,    900 Delaware Suite 7,    Sioux Falls, SD 57104-0314
17391349     +First Premier Bank,    3820 N. Louise Ave.,    Sioux Falls, SD 57107-0145
17391348     +First Premier Bank,    Bankruptcy Department,    PO Box 5523,    Sioux Falls, SD 57117-5523
17391351     +First Source Advantage,    205 Bryant Woods South,    Amhert, NY 14228-3609
17391354     +HSBC,    Bankrupty Department,    PO Box 15521,    Wilmington, DE 19850-5521
17391356    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: HSBC Bank,    PO Box 52530,    Carol Stream, IL 60196)
17391357      HSBC BANK,    PO Box,    Carol Stream, IL 60196
17391355     +HSBC Bank,    Bankrupty Department,    PO Box 15521,    Wilmington, DE 19850-5521
17391358     +HSBC/Neimen,    Bankruptcy Department,    PO Box 15521,    Wilmington, DE 19850-5521
17391353     +Heffernan Painting Service,    c/o Robert A Motel,    4433 W. Touhy,    Lincolnwood, IL 60712-1820
17391363      INVS RETR,    4962 Robin J Mathews Parkway,    El Dorado, CA 95763
17391359     +Illinois State Toll Highway Authori,    c/o NCO Financial Systems, Inc.,
               600 Holiday Plaza Drive, Ste 300,    Matteson, IL 60443-2238
17391360     +Illinois State Toll Hwy Authority,    c/o NCO Financial Systems, Inc.,    PO Box 15630,
               Wilmington, DE 19850-5630
17391361      Illinois Tollway,    PO Box 5201,    Lisle, IL 60532-5201
17391364      Jarosz & Valente Orthodontics, PC,    3430 N. Old Arlington Heights Road,
               Arlington Heights, IL 60004-1552
17391365     +Kenneth Pappas,    Law Offices of Cathy A Pilkington,    161 North Clark St., Ste 4700,
               Chicago, IL 60601-3201
17391366     +Keyth Technologies,    1575 Oakswood Ave,    Highland Park, IL 60035-3687
17619071     +Lakeside Bank,    55 W. Wacker Drive,    Chicago,IL 60601-1699
17391370     +Law Office of Randall F. Pace,    77 W. Wacker Drive,    Suite 4800,    Chicago, IL 60601-1664
17697061     +Law Offices of Randall F. Pace,    77 W. Wacker Drive, Suite 4800,    Chicago,IL 60601-1664
17391372     +Mortgage Lending Services, LLC,    318 W Adams Street,    Ste 701,    Chicago, IL 60606-5131
17391374     +NCO Financial Systems, Inc.,    Bankruptcy Department,    PO Box 15630,    Wilmington, DE 19850-5630
17391373      National Surety Corp,    c/o Fireman's Fund Insurance Compan,    Department CH 10273,
               Palatine, IL 60055-0273
17391376     +Oberweis Dairy,    951 Ice Cream Drive,    North Aurora, IL 60542-1475
17391377     +Peoples Energy,    c/o STCOLLSRV,    2509 S. Stoughton Rd.,    Madison, WI 53716-3314
17391378     +Precision Recovery,    c/o Alder & Arthur & Assoc.,    25 E. Washington #500,
               Chicago, IL 60602-1703
17391379      Publishers Clearing House,    c/o North Shore Agency, Inc.,    270 Spagnoli Road, Ste 111,
               Melville, NY 11747-3515
17391380     +Receivable Management Services,    4836 Brecksville Rd.,    P.O. Box 523,
               Richfield, OH 44286-0523
17751619     +SC Department of Revenue,    POB 12265,    Columbia, SC 29211-2265
17391381     +Sir Finance Corporation,    c/o Harry W. Altman,    20 N. Clark St., #600,    Chicago, IL 60602-4111
17391382     +Skokie Valley Landry/Dry Cleaners,    514 Sheridan Road,    Highwood, IL 60040-1393
```

```
District/off: 0752-1          User: lhatch              Page 2 of 3              Date Rcvd: Jan 23, 2012
                              Form ID: pdf006           Total Noticed: 71

17391383     +Soudma Diagnostics, Ltd,    PO Box 11690,    Chicago, IL 60611-0690
17391384     +South Carolina Revenue,    PO Box 125,    Columbia, SC 29202-0125
17391385     +Transworld Systems, Inc.,    Collection Agency,    1375 East Woodfield Road #110,
               Schaumburg, IL 60173-5423
17391386     +Travelers Indemnity and Affiliates,    1 Tower Square,    Hartford, CT 06183-0001
17391387      Vein Clinics of America, Inc.,    1101 Perimeter Drive #615,    Schaumburg, IL 60173-5061
17391388     +Veolia Environmental Services,    c/o R.M.S.,    4836 Brecksville Rd.,    Richfield, OH 44286-9177

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17423472     +E-mail/Text: bnc@atlasacq.com Jan 24 2012 03:18:00      Atlas Acquisitions LLC,    Attn: Avi Schild,
               294 Union St.,    Hackensack, NJ 07601-4303
17391346     +E-mail/Text: joe.batie@eulerhermes.com Jan 24 2012 03:40:50       Euler Hermes,
               600 South 7th Street,    Louisville, KY 40203-1968
17391352     +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 24 2012 03:17:28       Geico Insurance,
               c/o Credit Collection Services,    2 Wells Ave.,    Newton, MA 02459-3208
17391362     +E-mail/Text: ashley@investment-retrievers.com Jan 24 2012 03:38:25       Investment Retriervers,
               PO Box 4733,    El Dorado Hills, CA 95762-0023
17391371     +E-mail/Text: resurgentbknotifications@resurgent.com Jan 24 2012 03:15:18       LVNVFunding,
               PO Box 10584,    Greenville, SC 29603-0584
17391367     +E-mail/Text: idiaz2@co.lake.il.us Jan 24 2012 03:17:45       Lake County Treasurer,
               18 N. County St., 1st Floor,    Room 102,    Waukegan, IL 60085-4361
17391368      E-mail/Text: contact@csicollects.com Jan 24 2012 03:17:34       Lake Heart Specialists,
               c/o Certified Services, Inc.,    PO Box 177,    Waukegan, IL 60079-0177
17391375      E-mail/Text: ucmail@northshoresanitary.org Jan 24 2012 03:19:23       North Shore Sanitary District,
               PO Box 2140,    Bedford Park, IL 60499-2140
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17391369      Lakeside Bank
17391328*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    P.O. Box 85015,    Richmond, VA 23285)
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 25, 2012**          **Signature:**          *Joseph Speetjens*

```
District/off: 0752-1           User: lhatch              Page 3 of 3            Date Rcvd: Jan 23, 2012
                               Form ID: pdf006           Total Noticed: 71


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2012 at the address(es) listed below:
              Faye B Feinstein    on behalf of Trustee Philip Martino faye.feinstein@quarles.com,
               stella.love@quarles.com;anthony.steinike@quarles.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Philip V Martino    philip.martino@quarles.com,
               pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
                                                                                             TOTAL: 3
```