UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 7 Case** |
| | ) | |
| **WINIFRED BROWN,** | ) | **Case No.** ~~**09-31998**~~ 11-24426 48 |
| | ) | |
| **Debtors.** | ) | **Honorable Pamela S. Hollis** |

### FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION FOR QUARLES & BRADY LLP, ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE FOR THE BANKRUPTCY ESTATE OF WINIFRED BROWN

Trustee, Philip V. Martino, pursuant to Section 330 of the United States Bankruptcy
Code, requests this Court to enter an order authorizing payment by Trustee to Quarles & Brady
LLP ("**Q&B**"), attorneys for Trustee, of compensation of $14,259.50 for 32.0 hours of legal
services rendered to Trustee (including 1 hour of estimated time to prepare this Application and
attend the hearing on same) and actual and necessary costs in the amount of $170.85 from
July 22, 2011, to the present.

In support of this Final Application, Trustee states as follows:

### I. COMMENCEMENT OF PROCEEDING

1.      June 9, 2011, Debtors filed a chapter 7 petition to initiate the above-captioned
bankruptcy case and Philip V. Martino was appointed Trustee for this bankruptcy.

2.      The 341 meeting was held on July 9, 2011 and continued to August 3, 2011.

3.      On August 3, 2011, Trustee entered his Initial Report of Assets.

4.      On August 5, 2011, counsel for Lakeside Bank and its affiliates, including
Lakeblue LLC (collectively the "**Bank**"), submitted a revised and enhanced proposal to the
Trustee to purchase the Real Property listed in Debtor's Schedules for $85,000.00.

5.    On September 22, 2011, this Court entered an Order granting the application to employ Q&B retroactive to July 22, 2011.

6.    On September 22, 2011, this Court entered an Order granting the motion to sell the bankruptcy estate interest in the Real Property to the Bank

7.    At Debtor's 341 meeting, Debtor confirmed the existence of a Vehicle and stated the value of the Vehicle as $12,800.00 free of any liens but Debtor having a $5,350.00 exemption. Initially, Debtor indicated an intent to purchase the estate's interest in the Vehicle. When Trustee followed up, she decided not to purchase it because it no longer was running. Trustee directed Q&B to file a motion to compel Debtor to either purchase the Vehicle or deliver it to Trustee to sell.

8.    On November 22, 2011, this Court entered an Order granting the motion to allow Debtor to purchase the estate's $7,450.00 non-exempt interest in the Vehicle.

9.    Trustee is currently holding approximately $77,398.96 in his Trustee bank account (net of exemption payments made to Debtor from the sales to the Bank and of the Vehicle) for this matter. In addition, as part of the $85,000.00 sale of Real Property to the Bank, it has waived its right to any distribution on its claims against the Debtor in an amount in excess of $3.9 million. Thus, the Bank's purchase of the Real Property will be paid to creditors other than the Bank and will not just be recycled to the Bank as the estate's largest creditor.

10.    All professional services for which compensation is requested herein were performed by Q&B and on behalf of the Trustee and not for or on behalf of any creditor or any other person. Trustee separately accounts for his services as trustee herein, and does not request interim compensation for those services at this time.

2



*Quarles & Brady* LLP

101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona

**INVOICE SUMMARY**

Tax ID No. 39-0432630

Invoice Number:    1715704
Invoice Date:    December 19, 2011

Privileged & Confidential

Trustee for Winifred Brown Philip V. Martino
Quarles & Brady LLP
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through December 19, 2011
Re: Professional Retention Chapter 7 Bankruptcy
Q & B Matter Number: 145486.00003

| | | |
|---|---|---|
| Current Fees: | $ | 430.00 |
| Current Total Due: | $ | 430.00 |
| **TOTAL AMOUNT DUE:** | **$** | **430.00** |

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino, Trustee for Winifred Brown Chapter 7 Bankruptcy     December 19, 2011
RE: Professional Retention Chapter 7 Bankruptcy     Invoice Number: 1715704
Q & B Matter Number: 145486.00003     Page 2

| Date | Description | Professional | Hours | Task Code | Amount |
|------|-------------|--------------|-------|-----------|--------|
| 07/22/11 | Prepare draft of motion to retain Q&B (.3). | CGREER | 0.30 | | 52.50 |
| 08/03/11 | Review and revise retention motion (.1). | PMARTINO | 0.10 | | 52.50 |
| 12/15/11 | Prepare the initial draft of the final fee application for Q&B (.6). | CGREER | 0.60 | | 105.00 |
| 12/16/11 | Revise final fee application. | PMARTINO | 0.40 | | 220.00 |

**FEE SUMMARY:**

| Title | ID | Name | Hours | Rate | Amount |
|-------|-----|------|-------|------|--------|
| Partner | PMARTINO | Philip V. Martino | 0.50 | 545.00 | 272.50 |
| Legal Project Asst. | CGREER | Colleen A. Greer | 0.90 | 175.00 | 157.50 |
| Totals | | | 1.40 | | 430.00 |

**TOTAL FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| PMARTINO | Philip V. Martino | 0.50 | 545.00 | 272.50 |
| CGREER | Colleen A. Greer | 0.90 | 175.00 | 157.50 |
| Total | | 1.40 | | 430.00 |

Total Fees:      $     430.00

## NATURE OF LEGAL SERVICES PERFORMED BY
## <u>QUARLES & BRADY LLP</u>

11.    Q&B has served as counsel for the Trustee at all times in these proceedings since its appointment on September 22, 2011, retroactive to July 22, 2011. Q&B has devoted its time to legal matters in this case, including the following:

### A.  <u>EMPLOYMENT OF PROFESSIONAL PERSONS</u>

12.    Q&B prepared, drafted motions and obtained court approval to retain Q&B as Trustee's General Counsel  Q&B also prepared the instant request for payment. In connection with the retention and request for payment, Q&B expended 2.4 hours (including 1 hour of estimated time to prepare and finalize this fee application and attend court regarding same) for which it requests compensation of $980.00. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(1).** The general breakdown of services rendered in this category is as follows:

| <u>NAME</u> | <u>HOURS</u> |
|---|---|
| Philip V. Martino | 1.5 |
| Colleen A. Greer | .9 |

### B.  ASSETS

13.    In connection with assets for this bankruptcy estate, Q&B prepared the motion and attended the hearing for approval of the sale of Real Property to the Bank for $85,000.00 and the release of over $3.9 million in claims of the Bank against the bankruptcy estate. The motion was unusual, given that the Bank did not hold a mortgage on the property (indeed, a state court judge had invalidated the Bank's lien—which decision was on appeal), but had acquired a judgment after that creditor had obtained a valid citation lien. Moreover, at the time of Trustee's appointment, Debtor had obtained offers to purchase both parcels of realty, but informed Trustee that she believed the offers were inadequate. Further complicating the motion was the pre-

3

petition tax sales of both properties (though no titles had yet been issued). Because of these issues, the closing was far from a simple quit claim deed to the Bank. In particular, Q&B had to research whether transfer taxes were due on the sale and whether the estate or the Bank was legally liable for them. Following that research, the transfer documents were revised to improve Trustee's position in the event that a sovereign challenged the amount of the transfer or the Bank's liability for the taxes.

14.     In addition, due to Debtor's insistence that the Vehicle was of little or no value and her refusal to deliver it to Trustee absent a Court order to do so, Trustee directed Q&B to prepare a motion for Turnover of the Vehicle or, in the alternative, to sell the Vehicle to Debtor for the estate's equity value (that is, market value less her valid exemption). Q&B attended the hearing for the Turnover and following that hearing, Debtor agreed to purchase the bankruptcy estate's non-exempt portion of the Vehicle for $7,450.00.

15.     In connection with the liquidation of assets, Q&B expended 28.30 hours for which it requests compensation of $12,737.00. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(2)**. The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|------|-------|
| Philip V. Martino | 1.7 |
| Faye Feinstein | 12.6 |
| Sarah Baker | 8.8 |
| Jennifer Dorn | 5.2 |

### C. CLAIMS

16.     In connection with claims for this bankruptcy estate, after discussions between Trustee and the South Carolina Department of Revenue ("**SCDR**") regarding its secured claim for $158,525.60 failed to convince the SCRD that it did not hold a secured claim, Q&B prepared

4

a motion to value the collateral securing the claim. The motion was set for hearing in January, 2012 but has been withdrawn after SCDR finally understood that there was no collateral securing its unpaid income tax claim against Debtor as an out of state resident. SCDR has filed an amended proof of claim reclassifying its claim as a general unsecured claim. In connection with the claim, Q&B expended 1.3 hours for which it requests compensation of $542.50. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(2).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|------|-------|
| Philip V. Martino | .8 |
| Sara K. Baker | .1 |
| Colleen Greer | .4 |

## II. STATEMENT OF LEGAL SERVICES AND EXPENSES

17.    Since July 22, 2011, Q&B has devoted 32.0 hours (including 1 hour of estimated time) to represent the Trustee, and has provided this estate with actual and necessary legal services worth $14,259.50.

18.    During the time of representing Trustee, Q&B expended $170.85 in photocopying charges ($.10 per page) for the service of the motions to creditors, facsimile deliveries and messenger deliveries. Q&B respectfully requests to be compensated for these reasonable and necessary costs. Attached as **Exhibit C"** is a breakdown of the costs.

19.    Attached as **Exhibit D** is a biographical sketch (including billing rates) of the Q&B personnel who performed services on this matter during the term of this Application.

20.    Attached as **Exhibit E** is Philip Martino's affidavit in support of the Application.

**WHEREFORE,** Trustee requests the entry of an order:

A.    Authorizing payment to Q&B compensation in this bankruptcy proceeding in the amount of $14,259.50 for actual, necessary and valuable professional services rendered;

B.    Authorizing reimbursement of $170.85 in reasonable and necessary costs incurred in the administration of this case; and

B.    For such other and further relief as this Court may deem equitable and just.

Respectfully submitted,

By:   /s/Philip V. Martino
        Trustee
Philip V. Martino (ARDC #06183648)
Sarah K. Baker (ARDC #6298223)
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, IL  60654
(312) 715-5000

6


*Quarles & Brady* LLP

101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona

Tax ID No. 39-0432630

## INVOICE SUMMARY

Invoice Number:    1715620
Invoice Date:      December 19, 2011

Privileged & Confidential

---

Trustee for Winifred Brown Philip V. Martino
Quarles & Brady LLP
Suite 4000
300 North LaSalle Street
Chicago, IL 60654


For Professional Services Rendered Through December 19, 2011
Re: Assets Chapter 7 Bankruptcy
Q & B Matter Number: 145486.00005


| | | |
|---|---|---|
| Current Fees: | $ | 12,737.00 |
| Current Total Due: | $ | 12,737.00 |
| **TOTAL AMOUNT DUE:** | **$** | **12,737.00** |


INVOICE IS PAYABLE UPON RECEIPT

Philip V. Martino, Trustee for Winifred Brown Chapter 7 Bankruptcy          December 19, 2011
RE: Assets Chapter 7 Bankruptcy                                            Invoice Number: 1715620
Q & B Matter Number: 145486.00005                                         Page 2

| Date | Description | Professional | Hours | Task Code | Amount |
|------|-------------|--------------|-------|-----------|--------|
| 07/22/11 | Review e-mail exchanges regarding potential sale of assets (0.3).; telephone conference with Trustee regarding same (0.2). | FFEINSTE | 0.50 | | 287.50 |
| 08/09/11 | Review offer of bank and begin to revise sale/settlement motion. | FFEINSTE | 0.80 | | 460.00 |
| 08/11/11 | Telephone conference with C. Stahl regarding revisions to offer. | FFEINSTE | 0.30 | | 172.50 |
| 08/26/11 | Draft Motion to Sell Assets/settle with bank. | FFEINSTE | 4.50 | | 2,587.50 |
| 08/29/11 | Review and revise application and order to sell/settle with Bank (.7); review order regarding same (.2); e-mails to/from Feinstein regarding sale free and clear (.1). | PMARTINO | 1.00 | | 525.00 |
| 08/29/11 | Revise Sale Motion and draft Sale Order (1.8); transmit to Bank for comment (0.2); e-mail exchanges with Trustee (0.3); revise retention motion (0.2). | FFEINSTE | 2.50 | | 1,437.50 |
| 08/31/11 | Finalize pleadings for filings (0.2); e-mail exchange with C. Stahl (0.1); telephone conference with Trustee (0.1). | FFEINSTE | 0.40 | | 230.00 |
| 09/01/11 | Telephone conference with Trustee regarding e-mail form Biondi (0.1); draft reply (0.1). | FFEINSTE | 0.20 | | 115.00 |
| 09/21/11 | Review email from Bank's counsel. | FFEINSTE | 0.10 | | 57.50 |
| 09/22/11 | Review case pleadings and begin draft of release in favor of bank. | SBAKER | 2.30 | | 747.50 |
| 09/22/11 | Research re: property index numbers. | SBAKER | 1.10 | | 357.50 |
| 09/22/11 | Telephone call with J. Dorn re: quit claim deeds. | SBAKER | 0.20 | | 65.00 |
| 09/22/11 | Prepare for and attend hearing on motions to sell assets/settle with bank and to retain counsel (1.3); conference with S. Baker regarding preparing transfer documents (.2). | FFEINSTE | 1.50 | | 862.50 |

Philip V. Martino, Trustee for Winifred Brown Chapter 7 Bankruptcy       December 19, 2011
RE: Assets Chapter 7 Bankruptcy                                          Invoice Number: 1715620
Q & B Matter Number: 145486.00005                                        Page 3

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 09/22/11 | Confer with Sarah Baker regarding trustee's deed. | JDORN | 0.30 | 96.00 |
| 09/23/11 | Draft email to J. Dorn re: preparation of quit claim deeds. | SBAKER | 0.20 | 65.00 |
| 09/23/11 | Draft release of claims in favor of Bank. | SBAKER | 1.60 | 520.00 |
| 09/26/11 | Confer with title company regarding form of quit claim deed. | JDORN | 0.20 | 64.00 |
| 09/27/11 | Discuss form of trustee's quit claim deed with title company. | JDORN | 0.30 | 96.00 |
| 10/04/11 | E-mail exchange with purchaser. | FFEINSTE | 0.20 | 119.00 |
| 10/05/11 | Revise Release of Bank. | FFEINSTE | 0.30 | 178.50 |
| 10/06/11 | Prepare Quit Claim Deeds for Evanston and Highland Park properties. | JDORN | 1.20 | 390.00 |
| 10/07/11 | Prepare email to Sarah Brown regarding drafts of Quit Claim deeds and transfer tax considerations. | JDORN | 0.50 | 162.50 |
| 10/07/11 | Review draft deeds and transmit to Trustee. | FFEINSTE | 0.30 | 178.50 |
| 10/07/11 | Review quit claim deeds. | SBAKER | 0.60 | 195.00 |
| 10/10/11 | E-mail to purchaser regarding executing documents and wiring funds. | FFEINSTE | 0.20 | 119.00 |
| 10/11/11 | Consider and respond to email inquiries from Faye Feinstein regarding transfer tax issues. | JDORN | 0.80 | 260.00 |
| 10/12/11 | Correspondence with Faye Feinstein and Phil Martino regarding transfer tax considerations. | JDORN | 0.60 | 195.00 |
| 10/17/11 | Revise Deeds and transmit to Bank (0.3); e-mail exchange with Bank's counsel. | FFEINSTE | 0.50 | 297.50 |
| 10/18/11 | Prepare report of sale. | PMARTINO | 0.30 | 165.00 |
| 10/20/11 | Phone call from Lakeside's counsel regarding execution of transfer tax declaration forms, allocation of purchase price between the 3 properties and payment of transfer taxes; email correspondence to Faye Feinstein and Phil Martino regarding same. | JDORN | 0.40 | 130.00 |

Philip V. Martino, Trustee for Winifred Brown Chapter 7 Bankruptcy     December 19, 2011
RE: Assets Chapter 7 Bankruptcy                                        Invoice Number: 1715620
Q & B Matter Number: 145486.00005                                      Page 4

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 10/26/11 | Confer with Bank's counsel regarding execution of municipal transfer tax declarations; review Bank's drafts of municipal transfer tax declarations; email correspondence with Faye Feinstein and Phil Martino regarding execution and delivery of the same. | JDORN | 0.50 | 162.50 |
| 10/27/11 | Execute additional Highland Park transfer declaration on behalf of seller and transmit same to Bank's counsel. | JDORN | 0.20 | 65.00 |
| 11/07/11 | Correspondence with Lakeside Bank's counsel and Faye Feinstein regarding bankruptcy counsel. | JDORN | 0.20 | 65.00 |
| 11/09/11 | Conference with Debtor's counsel regarding need for turnover motion for car because Debtor refuses to cooperate (.1). | PMARTINO | 0.10 | 55.00 |
| 11/10/11 | Revise motion to compel turnover (.3). | PMARTINO | 0.30 | 165.00 |
| 11/14/11 | Telephone conference with Lakeside Bank (0.2); telephone conference with Trustee regarding Bank's issues with Title report (0.1). | FFEINSTE | 0.30 | 178.50 |
| 11/21/11 | Prepare for turnover hearing. | SBAKER | 1.00 | 325.00 |
| 11/22/11 | Attend hearing re: turnover of vehicle. | SBAKER | 1.10 | 357.50 |
| 11/22/11 | Telephone call with P. Martino re: turnover hearing. | SBAKER | 0.20 | 65.00 |
| 11/28/11 | Telephone call with W. Brown re: purchase of automobile. | SBAKER | 0.10 | 32.50 |
| 11/28/11 | Draft email correspondence to W. Brown re: purchase of automobile. | SBAKER | 0.20 | 65.00 |
| 11/29/11 | Review correspondence from W. Brown re: purchase of vehicle from estate. | SBAKER | 0.10 | 32.50 |
| 11/29/11 | Telephone call with W. Brown. | SBAKER | 0.10 | 32.50 |

Philip V. Martino, Trustee for Winifred Brown Chapter 7 Bankruptcy          December 19, 2011
RE: Assets Chapter 7 Bankruptcy                                            Invoice Number: 1715620
Q & B Matter Number: 145486.00005                                          Page 5

## FEE SUMMARY:

| Title | ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Partner | FFEINSTE | Faye B. Feinstein | 12.60 | 577.86 | 7,281.00 |
| Partner | PMARTINO | Philip V. Martino | 1.70 | 535.29 | 910.00 |
| Partner | JDORN | Jennifer Dorn | 5.20 | 324.23 | 1,686.00 |
| Associate | SBAKER | Sarah K. Baker | 8.80 | 325.00 | 2,860.00 |
| Totals | | | 28.30 | | 12,737.00 |

## TOTAL FEE SUMMARY:

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| FFEINSTE | Faye B. Feinstein | 12.60 | 577.86 | 7,281.00 |
| PMARTINO | Philip V. Martino | 1.70 | 535.29 | 910.00 |
| JDORN | Jennifer Dorn | 5.20 | 324.23 | 1,686.00 |
| SBAKER | Sarah K. Baker | 8.80 | 325.00 | 2,860.00 |
| Total | | 28.30 | | 12,737.00 |

Total Fees:                    $      12,737.00



**INVOICE SUMMARY**

101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona

Tax ID No. 39-0432630

Invoice Number:    1715705
Invoice Date:      December 19, 2011

Privileged & Confidential

Trustee for Winifred Brown Philip V. Martino
Quarles & Brady LLP
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through December 19, 2011
Re: Claims Chapter 7 Bankruptcy
Q & B Matter Number: 145486.00004

|  | | |
|---|---|---|
| Current Fees: | $ | 542.50 |
| Current Total Due: | $ | 542.50 |
| **TOTAL AMOUNT DUE:** | **$** | **542.50** |

INVOICE IS PAYABLE UPON RECEIPT

Philip V. Martino, Trustee for Winifred Brown Chapter 7 Bankruptcy
RE: Claims Chapter 7 Bankruptcy
Q & B Matter Number: 145486.00004

December 19, 2011
Invoice Number: 1715705
Page 2

| Date | Description | Professional | Hours | Task Code | Amount |
|------|-------------|--------------|-------|-----------|--------|
| 11/09/11 | Conference with South Carolina Department of Revenue regarding objection to secured claim (.2). | PMARTINO | 0.20 | | 110.00 |
| 11/21/11 | Prepare draft of Motion to Value Collateral Under Bankruptcy Code Sections 502 and 506(A)(1) and for Related Relief (.4). | CGREER | 0.40 | | 70.00 |
| 11/21/11 | Review and revise motion, notice, order to value Bank's collateral. | PMARTINO | 0.30 | | 165.00 |
| 12/14/11 | Review South Carolina's amended claim (.1); email regarding withdrawing objection to its initial claim (.1); email regarding penalty section of claim(.1). | PMARTINO | 0.30 | | 165.00 |
| 12/15/11 | Telephone call with S. Powell re: South Carolina Department of Revenue's claim. | SBAKER | 0.10 | | 32.50 |

**FEE SUMMARY:**

| Title | ID | Name | Hours | Rate | Amount |
|-------|-----|------|-------|------|--------|
| Partner | PMARTINO | Philip V. Martino | 0.80 | 550.00 | 440.00 |
| Associate | SBAKER | Sarah K. Baker | 0.10 | 325.00 | 32.50 |
| Legal Project Asst. | CGREER | Colleen A. Greer | 0.40 | 175.00 | 70.00 |
| Totals | | | 1.30 | | 542.50 |

Philip V. Martino, Trustee for Winifred Brown Chapter 7 Bankruptcy       December 19, 2011
RE: Claims Chapter 7 Bankruptcy       Invoice Number: 1715705
Q & B Matter Number: 145486.00004       Page 3

**TOTAL FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| PMARTINO | Philip V. Martino | 0.80 | 550.00 | 440.00 |
| SBAKER | Sarah K. Baker | 0.10 | 325.00 | 32.50 |
| CGREER | Colleen A. Greer | 0.40 | 175.00 | 70.00 |
| Total | | 1.30 | | 542.50 |

|  |  |  |  |  |
|--|--|--|--|--|
| Total Fees: | | | $ | 542.50 |



*Quarles & Brady* LLP

INVOICE SUMMARY

101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona

Tax ID No. 39-0432630

Invoice Number:   1715698
Invoice Date:     December 19, 2011

Privileged & Confidential

Trustee for Winifred Brown Philip V. Martino
Quarles & Brady LLP
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through December 19, 2011
Re: General and costs Chapter 7 Bankruptcy
Q & B Matter Number: 145486.00006

| | | |
|---|---|---|
| Current Disbursements: | $ | 170.85 |
| Current Total Due: | $ | 170.85 |
| **TOTAL AMOUNT DUE:** | $ | **170.85** |

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino, Trustee for Winifred Brown Chapter 7 Bankruptcy    December 19, 2011
RE: General and costs Chapter 7 Bankruptcy    Invoice Number: 1715698
Q & B Matter Number: 145486.00006    Page 2

**DISBURSEMENTS:**

| | | | |
|---|---|---|---|
| 11/02/11 | United Parcel Service Delivery to Jeffrey S Becker 10/17/11 | $ | 7.65 |
| 11/07/11 | Chicago Messenger Service, Inc Delivery to John J. Turner 10/26/11 | | 8.10 |
| 11/07/11 | Chicago Messenger Service, Inc Delivery to John L Turner 10/27/11 | | 8.10 |
| | Copy charges | | 134.40 |
| | Fax charges | | 12.60 |
| | Total Disbursements: | $ | 170.85 |
| | Total Fees and Disbursements: | $ | 170.85 |

## BIOGRAPHICAL INFORMATION

**Faye B. Feinstein** is a partner at Q&B and practices nationally in the areas of bankruptcy, creditors' rights, secured transactions, commercial/corporate restructuring and related litigation. Ms. Feinstein received her B.A. (*summa cum laude*) from Brooklyn College in 1973, and her J.D. from New York University School of Law in 1984. She is a member of the Illinois Bar. Ms. Feinstein's hourly billing rate through September 2011 was $575.00 and her hourly billing rate for fiscal year 2012 is $595.00.

**Philip V. Martino** is a partner at Quarles & Brady. He graduated from the American University, Washington, D.C. (B.S.B.A. 1979), and the Syracuse College of Law (J.D., *magna cum laude*, 1982). Mr. Martino's hourly billing rate through 2011 was $525.00 and his hourly billing rate for fiscal year 2012 is $550.00.

**Jennifer Dorn** is a partner at Q&B and has extensive experience in real estate investment funds, institutional landlords, corporate tenants, asset managers, lending institutions and borrowers in all facets of real estate transactions. Ms. Dorn graduated from University of Illinois in 1995 with her B.A. and received her J.D. (*magna cum laude*) from University of Illinois College of Law in 2002. She is a member of the Illinois bar. Ms. Dorn's hourly billing rate through September 2011 was $320.00 and her hourly billing rate for fiscal year 2012 is $325.00.

**Sarah K. Baker** is an associate in the Q&B bankruptcy group in Chicago. She received her B.A. from the University of Illinois in 2002, and her J.D. from William and Mary School of Law in 2006. Ms. Baker is a member of the Pennsylvania and Illinois bars. Her fiscal year 2012 hourly billing rate is $325.00.

**Colleen A. Greer** is a legal project assistant. Ms. Greer graduated from Northern Michigan University (B.S., *magna cum laude*, 1981), and has worked with Mr. Martino on trustee matters for about 18 years. Her hourly billing rate is $175.00.

STATE OF ILLINOIS    )
                               ) SS

COUNTY OF COOK      )

I, Philip V. Martino, on oath, state as follows:

1.      I am partner with the law firm of Quarles & Brady LLP ("**Q&B**") and I am the trustee for the above referenced Debtor.

2.      This affidavit is submitted in support of the First and Final Application for Allowance of Compensation for Q&B (the "**Application**").

3.      In the ordinary course of Q&B's business, the attorneys and paralegals rendering services for a client prepare timesheets at or about the time the services are rendered, which timesheets list the client, matter number, a description of the services rendered and the time spent on such services.

4.      In the ordinary course of Q&B's business, the information on the timesheets is optically scanned and entered into Q&B's computer system.

5.      In the ordinary course of Q&B's business, a pro forma is generated at the end of each month for each client, which is forwarded to the billing partner for his or her review.

6.      In the ordinary course of Q&B's business, the billing partner reviews the pro forma.

7.      In the ordinary course of Q&B's business, a bill is prepared by computer and sent to the client.

8.      I have segregated the amount of time expended as Trustee from the amount of time I have expended acting as an attorney in this case.

9.      I personally reviewed the pro formas for this estate each month and am familiar with Q&B's efforts in connection with the instant bankruptcy proceeding.

10.     I have reviewed Exhibits A and B to the Application, and they are based upon documents as aforesaid, which are made in the ordinary course of Q&B's business and it is part of the ordinary course of Q&B's business to prepare such documents.

11.     To the best of my knowledge, the information set forth on Exhibits A, B and C and their subparts is true and correct.

/s/ Philip V. Martino
Philip V. Martino

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.

2