PAMELA S. HOLLIS
**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF**
**DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BROWN, WINIFRED | § | Case No. 11-24426 |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

  PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $  (see **Exhibit 2**), yielded net receipts of $  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By: /s/PHILIP V. MARTINO_____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Winifred Brown |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Cook County Treasurer's Office Legal Department 118 North Clark Street, Room 112 Chicago, IL 60602-1332 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lake County Treasurer 18 N. County St., 1st Floor Room 102 Waukegan, IL 60085 | | | | | |
| | Lake County Treasurer 18 N. County St., 1st Floor Room 102 Waukegan, IL 60085 | | | | | |
| | Lakeside Bank | | | | | |
| | Lakeside Bank | | | | | |
| | Lakeside Bank | | | | | |
| | Mortgage Lending Services, LLC 318 W Adams Street Ste 701 Chicago, IL 60606 | | | | | |
| 000003 | SC DEPARTMENT OF REVENUE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| QUARLES & BRADY LLP | | | | | |
| QUARLES & BRADY LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | South Carolina Revenue PO Box 125 Columbia, SC 29214 | | | | | |
| | BANK OF AMERICA | | | | | |
| | BANK OF AMERICA WIRE TRANSFER FEE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Animal Control Specialists, Inc. 2975 N. Milwaukee Ave Northbrook, IL 60062 | | | | | |
| | BMW Financial Services c/o First Source Advantage, LLC PO Box 628 Buffalo, NY 14240 | | | | | |
| | Cap One Bankruptcy Dept. PO Box 5155 Norcross, GA 30091 | | | | | |
| | Chalet Nursery/Gardent Shop c/o Diversified Services Group 5800 East Thomas Road, Ste 107 Scottsdale, AZ 85251 | | | | | |
| | Citi Attn: Bankruptcy Department PO Box 6241 Sioux Falls, SD 57717 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Attn: Bankruptcy Department PO Box 6241 Sioux Falls, SD 57717 | | | | | |
| | City of Chicago Dept of Revenue c/o Linebarger Goggan Blair & Samps PO Box 06152 Chicago, IL 60606-0152 | | | | | |
| | City of Chicago Dept. of Revenue PO Box 88292 Chicago, IL 60680 | | | | | |
| | City of Evanston c/o Municipal Services Bureau PO Box 16755 Austin, TX 78761-6755 | | | | | |
| | City of Evanston c/o Professional Account Management PO Box 391 Milwaukee, WI 53201-0391 | | | | | |
| | City of Evanston c/o Professional Account Management PO Box 391 Milwaukee, WI 53201-0391 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Highland Park 1717 St. Johns Avenue Highland Park, IL 60035 | | | | | |
| | City of Highland Park 1717 St. Johns Avenue Highland Park, IL 60035 | | | | | |
| | City of Highland Park 1717 St. Johns Avenue Highland Park, IL 60035 | | | | | |
| | Comcast PO Box 3002 Southeastern, PA 19398-3002 | | | | | |
| | Comcast c/o Stellarrec 1845 Highway 93 South Kalispell, MT 59901 | | | | | |
| | Countrywide Home Loans c/o Stack & Filpi 140 S. Dearborn Chicago, IL 60603 | | | | | |
| | Crystal Clear Pool Service 991 Harvard Court Highland Park, IL 60035-2377 | | | | | |
| | Fifth Third Bank Bankruptcy Department MD#RSCB3E Grand Rapids, MI 49546 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Premier Bank Bankruptcy Department PO Box 5523 Sioux Falls, SD 57117 | | | | | |
| | Geico Insurance c/o Credit Collection Services 2 Wells Ave. Newton, MA 02459 | | | | | |
| | HSBC Bank Bankrupty Department PO Box 15521 Wilmington, DE 19850 | | | | | |
| | HSBC Bankrupty Department PO Box 15521 Wilmington, DE 19850 | | | | | |
| | Heffernan Painting Service c/o Robert A Motel 4433 W. Touhy Lincolnwood, IL 60646 | | | | | |
| | INVS RETR 4962 Robin J Mathews Parkway El Dorado, CA 95763 | | | | | |
| | Illinois State Toll Highway Authori c/o NCO Financial Systems, Inc. 600 Holiday Plaza Drive, Ste 300 Matteson, IL 60443 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois State Toll Hwy Authority c/o NCO Financial Systems, Inc. PO Box 15630 Wilmington, DE 19850 | | | | | |
| | Illinois Tollway PO Box 5201 Lisle, IL 60532-5201 | | | | | |
| | Jarosz & Valente Orthodontics, PC 3430 N. Old Arlington Heights Road Arlington Heights, IL 60004-1552 | | | | | |
| | Kenneth Pappas Law Offices of Cathy A Pilkington 161 North Clark St., Ste 4700 Chicago, IL 60601 | | | | | |
| | Keyth Technologies 1575 Oakswood Ave Highland Park, IL 60035-3662 | | | | | |
| | LVNVFunding PO Box 10584 Greenville, SC 29603-0587 | | | | | |
| | Lake Heart Specialists c/o Certified Services, Inc. PO Box 177 Waukegan, IL 60079-0177 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NCO Financial Systems, Inc. Bankruptcy Department PO Box 15630 Wilmington, DE 19850 | | | | | |
| | National Surety Corp c/o Fireman's Fund Insurance Compan Department CH 10273 Palatine, IL 60055-0273 | | | | | |
| | North Shore Sanitary District PO Box 2140 Bedford Park, IL 60499-2140 | | | | | |
| | Oberweis Dairy 951 Ice Cream Drive North Aurora, IL 60542 | | | | | |
| | Peoples Energy c/o STCOLLSRV 2509 S. Stoughton Rd. Madison, WI 53716 | | | | | |
| | Precision Recovery c/o Alder & Arthur & Assoc. 25 E. Washington #500 Chicago, IL 60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Publishers Clearing House c/o North Shore Agency, Inc. 270 Spagnoli Road, Ste 111 Melville, NY 11747-3515 | | | | | |
| | Sir Finance Corporation c/o Harry W. Altman 20 N. Clark St., #600 Chicago, IL 60602 | | | | | |
| | Skokie Valley Landry/Dry Cleaners 514 Sheridan Road Highwood, IL 60040 | | | | | |
| | Soudma Diagnostics, Ltd PO Box 11690 Chicago, IL 60611-1690 | | | | | |
| | Travelers Indemnity and Affiliates 1 Tower Square Hartford, CT 06183 | | | | | |
| | Vein Clinics of America, Inc. 1101 Perimeter Drive #615 Schaumburg, IL 60173-5061 | | | | | |
| | Veolia Environmental Services c/o R.M.S. 4836 Brecksville Rd. Richfield, OH 44286 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | ATLAS ACQUISITIONS LLC | | | | | |
| 000005 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000004 | CITY OF EVANSTON | | | | | |
| 000002 | LAW OFFICES OF RANDALL F. PACE | | | | | |
| 000006 | S.C. DEPARTMENT OF REVENUE | | | | | |
| 00006B | S.C. DEPARTMENT OF REVENUE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

0/1/2010

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

Case No:         11-24426      PSH    Judge: PAMELA S. HOLLIS            Trustee Name:                   PHILIP V. MARTINO
Case Name:       BROWN, WINIFRED                                         Date Filed (f) or Converted (c): 06/09/11 (f)
                                                                         341(a) Meeting Date:             07/08/11
For Period Ending: 05/08/12                                              Claims Bar Date:                 11/03/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY HOME 1426 HINMAN AVE EVANSTON, IL 60 | 799,000.00 | 0.00 | | 28,000.00 | FA |
| 2. SINGLE FAMILY HOME 527 SHERIDAN HIGHLAND PARK, IL | 517,500.00 | 0.00 | | 28,000.00 | FA |
| 3. SINGLE FAMILY HOME 521 SHERIDAN ROAD HIGHLAND PARK | 517,500.00 | 0.00 | | 29,000.00 | FA |
| 4. CHECKING/SAVINGS ACCOUNT CITIBANK | 0.00 | 0.00 | | 0.00 | 0.00 |
| 5. TV & FURNITURE | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 6. NORMAL APPAREL | 600.00 | 0.00 | | 0.00 | 0.00 |
| 7. 2004 TOYOTA 4RUNNER | 12,800.00 | 0.00 | | 7,450.00 | FA |
| 8. DOG | 50.00 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.36 | Unknown |

                                                                                                    Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)                  $1,848,450.00         $0.00              $92,451.36              $0.00
                                                                                                    (Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee's Final Report has been submitted to the U.S. Trustee for review.

Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 03/31/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-24426 -PSH | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | BROWN, WINIFRED | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0865  BofA - Money Market Account |
| Taxpayer ID No: | *******6661 | | | |
| For Period Ending: | 05/08/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/18/11 | 1, 2, 3 | Wire Transfer from Purchaser | | | 85,000.00 | | 85,000.00 |
| | | WIRE TRANSFER FROM PURCHASER | Memo Amount:   85,000.00 | 1110-000 | | | |
| * 10/18/11 | 000301 | Winifred Brown | Debtor's Exemption | 8100-003 | | 15,000.00 | 70,000.00 |
| 10/18/11 | | Bank of America Wire Transfer Fee | Wire Transfer Activity Charge | 5900-000 | | 10.00 | 69,990.00 |
| 10/25/11 | | Bank of America | Reverse of Wire Transfer Charge | 5900-000 | 10.00 | | 70,000.00 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.35 | | 70,000.35 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 52.40 | 69,947.95 |
| * 11/29/11 | 000301 | Winifred Brown | Debtor's Exemption | 8100-003 | | -15,000.00 | 84,947.95 |
| | | | Debtor opted to use portion of exemption to purchase estate interest in car | | | | |
| 11/29/11 | 000302 | Winifred Brown | Debtor's exemption in property sale | 8100-002 | | 7,550.00 | 77,397.95 |
| | | | Debtor opted to purchase the estate interest in the Toyota for $7,450.00.  This check represents the balance of the exemption held in the property. | | | | |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.70 | | 77,398.65 |
| 12/15/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.31 | | 77,398.96 |
| 12/15/11 | | Transfer to Acct #*******0904 | Final Posting Transfer | 9999-000 | | 77,398.96 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 85,000.00 | COLUMN TOTALS | | 85,011.36 | 85,011.36 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 0.00 | 77,398.96 | |
| | | Subtotal | | 85,011.36 | 7,612.40 | |
| Memo Allocation Net: | 85,000.00 | Less:  Payments to Debtors | | | 7,550.00 | |
| | | Net | | 85,011.36 | 62.40 | |

Page Subtotals   85,011.36   85,011.36

Ver: 16.06a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-24426 -PSH | | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- |
| Case Name: | BROWN, WINIFRED | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0904  BofA - Checking Account |
| Taxpayer ID No: | *******6661 | | | |
| For Period Ending: | 05/08/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/15/11 | | Transfer from Acct #*******0865 | Transfer In From MMA Account | 9999-000 | 77,398.96 | | 77,398.96 |
| 01/18/12 | | Transfer to Acct #*******4125 | Bank Funds Transfer | 9999-000 | | 77,398.96 | 0.00 |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 77,398.96 | 77,398.96 | 0.00 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 77,398.96 | 77,398.96 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

Page Subtotals          77,398.96          77,398.96

Ver: 16.06a

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-24426 -PSH | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | BROWN, WINIFRED | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******4125 Checking Account |
| Taxpayer ID No: | *******6661 | | |
| For Period Ending: | 05/08/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/18/12 | | Transfer from Acct #*******0904 | Bank Funds Transfer | 9999-000 | 77,398.96 | | 77,398.96 |
| 02/07/12 | 003001 | INTERNATIONAL SURETIES, LTD. | | 2300-000 | | 82.16 | 77,316.80 |
| 02/21/12 | 003002 | PHILIP V. MARTINO<br>QUARLES & BRADY LLP<br>SUITE 4000<br>300 NORTH LASALLE STREET<br>CHICAGO, IL  60654 | Chapter 7 Compensation/Fees | 2100-000 | | 7,122.57 | 70,194.23 |
| 02/21/12 | 003003 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee<br>     Fees                  14,259.50<br>     Expenses                  170.85 | <br>3110-000<br>3120-000 | | 14,430.35 | 55,763.88 |
| 02/21/12 | 003004 | Atlas Acquisitions LLC<br>Attn: Avi Schild<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000001, Payment 44.13853% | 7100-000 | | 5,362.20 | 50,401.68 |
| 02/21/12 | 003005 | Law Offices of Randall F. Pace<br>77 W. Wacker Drive, Suite 4800<br>Chicago,IL 60601 | Claim 000002, Payment 44.13855% | 7100-000 | | 8,827.71 | 41,573.97 |
| * 02/21/12 | 003006 | City of Evanston<br>c/o Municipal Services Bureau<br>PO Box 16755<br>Austin, TX 78761-6755 | Claim 000004, Payment 44.15000% | 7100-003 | | 26.49 | 41,547.48 |
| 02/21/12 | 003007 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000005, Payment 44.13773% | 7100-000 | | 208.18 | 41,339.30 |
| 02/21/12 | 003008 | S.C. Department of Revenue<br>P.O. Box 12265<br>Columbia, SC  29211 | Claim 000006, Payment 44.13857% | 7100-000 | | 41,339.30 | 0.00 |
| | | | Page Subtotals | | 77,398.96 | 77,398.96 | |

Ver: 16.06a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2     Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD     Exhibit 9

| Case No: | 11-24426 -PSH | | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- |
| Case Name: | BROWN, WINIFRED | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******4125 Checking Account |
| Taxpayer ID No: | *******6661 | | | |
| For Period Ending: | 05/08/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 03/05/12 | 003006 | City of Evanston<br>c/o Municipal Services Bureau<br>PO Box 16755<br>Austin, TX 78761-6755 | Claim 000004, Payment 44.15000%<br>Claimant states that the $60 amount owed Evanston was paid in full. Check returned. | 7100-003 | | -26.49 | 26.49 |
| 03/20/12 | 003009 | City of Evanston<br>Attn: Ellen LeBowicz<br>Law Department<br>2100 Ridge Avenue<br>Evanston, IL 60201 | | 7100-000 | | 26.49 | 0.00 |

| | | | | |
| --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 77,398.96 | 77,398.96    0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 77,398.96 | 0.00 |
| | | Subtotal | 0.00 | 77,398.96 |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 |
| | | Net | 0.00 | 77,398.96 |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- | --- | --- |
| Total Allocation Receipts: | 85,000.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | BofA - Money Market Account - ********0865 | 85,011.36 | 62.40 | 0.00 |
| | | BofA - Checking Account - ********0904 | 0.00 | 0.00 | 0.00 |
| Total Memo Allocation Net: | 85,000.00 | Checking Account - ********4125 | 0.00 | 77,398.96 | 0.00 |
| | | | 85,011.36 | 77,461.36 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*